ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Nichols Contracting, Inc. | ) ASBCA No. 63202 |
| | ) |
| Under Contract No. W912DR-20-C-0069 | ) |

APPEARANCES FOR THE APPELLANT:    Matthew G. Hjortsberg, Esq.
    Schyler A. Bailey, Esq.
     SHULMAN ROGERS, P.A.
     Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Adam J. Kwiatkowski, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 26, 2024

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63202, Appeal of Nichols Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:  August 27, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals